UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:                              CHAPTER 7
    Clyde Griffin                   BANKRUPTCY NO. 11-51203-JMS
    Linda Griffin
    Debtors

**APPEARANCE**

\* \* \* \* \* \*

Comes now Justin L. Handshoe of MAPOTHER & MAPOTHER,

P.S.C., and enters an appearance on behalf of the Creditor

herein, Ford Motor Credit Company LLC, and requests that all

notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be

sent to counsel at the address set forth below.

MAPOTHER & MAPOTHER, P.S.C.


BY    /s/ Justin L. Handshoe
      Justin L. Handshoe
      Counsel for Creditor
      Mapother & Mapother, P.S.C.
      815 West Market Street
      Suite 500
      Louisville, KY  40202
      (502)638-4961

## CERTIFICATE

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court: debtor's attorney, Mark L. Zoolalian, Attorney at Law, 101 Cambridge Lane, Nicholasville, KY  40356, debtor, Clyde Griffin, 160 Pam Drive, Lancaster, Kentucky  40444, and debtor, Linda Griffin 160 Pam Drive, Lancaster, Kentucky 40444 and to the Trustee, James D. Lyon, 209 E. High Street, Lexington, KY 40507.

MAPOTHER & MAPOTHER, P.S.C.


BY:   /s/ Justin L. Handshoe
         Justin L. Handshoe
         Counsel for Creditor

Y7D ()/11-01440-0